**Order entered December 30, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01144-CR

**ERNEST EDWARD GAINES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F05-56570-S**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel John Tatum to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Mr. Tatum to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **MARCH 18, 2016**.

The Court **DENIES** appellant's December 28, 2015 pro se motions for appointment of an expert, disclosure of exculpatory evidence, discovery, and appointment of counsel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Amber Givens-Davis, Presiding Judge, 282nd Judicial District Court; Patricia Holt, official court reporter,

282nd Judicial District Court; Felicia Pitre, Dallas County District Clerk; John Tatum; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Ernest Gaines, TDCJ No. 1364192, Michael Unit, 2664 F.M. 2054, Tennessee Colony, Texas 75886.

/s/     LANA MYERS
          JUSTICE